# 17-1101 CV

UNITED STATE

RECEIVED 17 AUG 15 PM 2:46
U.S. COURT OF APPEALS
SECOND CIRCUIT

## WILLIE FRANK WRIGHT JR
Plaintiff - Appellant

V.

## Jay-Z, Shawn Carter and Roc Nation LLC.
Defendants - Appellees

On Appeal From the United States District Court for the Southern District of New York

### Brief of Appellant Willie Frank Wright Jr

Willie Frank Wright Jr, PRO SE
#904756
New Address: PO BOX 648
Pelham Ga, 31779

PAGE 1

# TABLE OF CONTENTS

Table of Contents —————————————— 2
Table of Authorities ————————————— 3
Statutes and Rules —————————————— 3
Statement of Subject Matter ————————— 3
Jurisdiction and Appellate Jurisdiction
Statement of the Issues Presented for Review — 4
Statement of the Case ———————————— 4
Statement of the Facts ———————————— 5-8
Summary of the Argument —————————— 5-8
Argument ——————————————————— 5-8
Conclusion —————————————————— 9
Certificate of Compliance —————————— 10
Certificate of Service ———————————— 11

# TABLE OF Authorities

1. Conley v. Gibson 355 U.S. 41
2. Chandler v. Coughlin 763 F.2d 110 (2d cir 1985)
3. 344 F.3d 446
4. 128 F.3d 872

## STATUTES

NA

## Rules

Rule 12 b (Fed Rule Civ. P.)

# STATEMENT OF JURISDICTION

A. This Court has subject matter Jurisdiction and Appellate Jurisdiction of Appeals taken from the Southern District U.S. District Court of New York

B. I Dont know the statutes

C. Notice of Appeal was timely Filed on 4-19-2017 Dismissal was made on 3-28-2017

D. Appeal is from a Final Order

PAGE 3

# STATEMENT OF ISSUES PRESENTED FOR REVIEW

I. Plaintiffs Blocking of the Video Claim was not Rebutted nor Taken altogether as true.

II. STANDARD OF REVIEW WAS NOT FOLLOWED

III. The Court did not Convert the motion to dismiss into a Motion for Summary Judgment but Cosidered documents and exhibits and NO affidavits to dismiss the Complaint

IV. There was proper Consideration for Implied License by west in 2009 that was Pleaded in the Complaint and supported by Affidavit in the Record, that has not been Rebutted, (1) There was a Metting of the minds between west and Plaintiff

V. Plaintiff Did argue Damages in his Amended Brief once he learned that he had to argue Damages and here will Sum it up

## STATMENT OF CASE

In 2009 Kanye West Gave Plaintiff Permission to use Video Clips of Him and his Boss Shawn Carter, Jay Z While he was Contracting for Roc Nation in 2009. West was an Authorized Agent, Producer, etc For Jay Z and Roc Nation. However Roc Nation, Jay Z, and Shawn Carter Same but Diffrent entity had the Videos Blocked on you tube and breached the Agreement, Suit Followed when Plaintiff learned of the blocking and the Court dismissed the Case with Prejudice based on a website w.w.w. Rolling Stone Kanye west Biography, http/w.w.w. Rolling Stone.com.

PAGE 4

IN THE U.S. COURT OF APPEALS
FOR THE 2ND CIRCUIT

WILLIE FRANK WRIGHT JR
-v-
Shawn Carter, Jay-Z and Roc Nation

Docket # 17-1101

STATMENT OF FACTS
GROUNDS AND BRIEF FOR APPEAL

I. Plaintiffs Blocking of the video Claim was not Rebutted Nor Taken altogether as true.

Here the Defendants didnot Come forth with an Affidavit From "Kanye West" to state that he did not talk with Plaintiff and that no proper Consideration was given as to the Mixed Videos. Jay Z, Shawn Carter, nor Roc Nation has ever submitted any evidence to Show Kanye West had no authority to Athorize an Implied License in 2009. Defendants Further Fail to show that Kanye West didnot have a Contract to do work for Jay Z at Roc Nation in 2009. Defendants did not submit any thing to rebut the Claim and Show that there was no proper Consideration by West or that West had no athority to give such Consideration, because West did Give plaintiff Authority to post the Mixed Videos in which is Reasonable Consideration and is irrevocable and equals a implied Contract because Kanye West gave proper Consideration and he was Autorized to do so and there is nothing to Rebut this Fact. Rolling Stone did not show all the Contracts and Jobs or Favors that Kanye West had in 2009, Jay Z is worth around 700 million and West Like 90-100 million "now" in 2009 he may have been worth 30 million if that. It is not hard to believe that West at 30 million would be Contracting or working for Carter worth around 700 million. Here the Judge Should

PAGE 5

have Denied Defendants Motion to dismiss because no evidence has been submitted to prove that it is unreasonable to believe that West Gave Consent. An Affidavit from West would have rebutted plaintiff's claim and is very simple to obtain, but However West did not submit such an Affidavit because they Know he gave Consent after proper Consideration, and the Granting of the Motion to Dismiss Should be reversed, For Several Reason.

**II. Standard of Review Was not Followed**

In deciding a Motion to dismiss, the Court must assume that all the facts your Complaint alleges are True, and must Construe your factual allegations in the light most favorable to you. The Court must Consider only the allegations in the Complaint, and it should dismiss your Complaint only if it appears beyond doubt that plaintiff can prove no set of facts in support of his Claim for which he would be entitled to relief. see 355 U.S. 41. [Rule 12 b (Fed Rule Civ. P.). Here the Court did not find that Plaintiff could not prove no set of facts in support of his Claim nor did the Court Convert the motion to dismiss to a Motion For Summary Judgment.

**III** The Court did not Convert the motion to dismiss into a Motion For Summary Judgment but considered documents and exhibits and NO Affidavits to dismiss the Complaint. In a motion to dismiss the Court does not resolve factual disputes at this stage. If documentary exhibits are submitted outside the Complaint including Affidavits the Court must ignore them or convert the Motion into

PAGE 6

a Motion For Summary Judgment. See Rule 12(b), Fed.R.Civ.P. and Chandler v. Coughlin, 763 F.2d 110 (2d Cir. 1985). Furter If the Court Converts the motion to one For Summary Judgment Most Courts hold that a pro se prisoner must be given notice of that Fact and of the requirement that he submit his own affidavit or other evidence to counter any evidence submitted by the defendants. Here the Court Found "Even if Plaintiff had in Fact Communicated by email with Kanye West, and in that email exchange west described himself as an "authorized agent" for defendants and told plaintiff that incoporating Carter's work into a you tube mixtape would be "no problem" - allegation that I Find highly improbable if not unbelievable given West's status as a well known producer and Grammy Award-winning rap artists during the relevant time period. However here the Court Considered Documents and Exhibits submitted by Defendant that was never served on Plaintiff and plaintiff had no access to the iformation on W.W.W. rolling Stone.Com Kaye West/biography and when he took the biography as a consideration the motion changed in nature to a Summary Judgment motion. However the Biography of West did not state that he did not give consent nor work For Jay Z, Roc Nation, and Shawn Carter in 2009 Nothing was submitted to prove West did not give a Reasonable Consideration of the posting of the mixed video or an Implied license in 2009 but the Court Drew a Conclusion that is not supported by law in a motion to Dismiss, nor would rebut the Complaint in a Summary Judgment Motion. The Court Granting the Motion to dismiss should be Reversed,

PAGE 7

(1) There was a Meeting of the Minds between West and Plaintiff.

**IV.** There was Proper (1) Consideration For Implied License by West in 2009 that was Pleaded in the Complaint and Supported by Affidavit in the Record, that has not been Rebuted (2) Here plaintiff argued Facts that showed Kanye West made a proper Consideration of posting the Mixed videos on youtube in 2009 and stated that he was an athorized agent and could make that call. Defendants did not rebut these Facts nor Deny them Legaly, they simply drew a Conclusion and pointed to a website that did not rebut plaintiffs Complaint. Here the implied license was Irrevocable and equal to an implied Contract because it was supported by Consideration sec 344 F.3d 446, 128 F.3d 872.

**V.** Plaintiff Did argue Damages in his brief once he learned that he had to argue Damages and here will sum it up. Youtube will pay you For a lot of people Click on your page I could not get one cent if no one got the chance to see my work. Some people like some songs and don't like others even if by the same artist. I never got the chance to see if the blocked video was my grammy or Platinum hit Mixed video because of the Breach and that is a Damage. No one got to see my editing Skills on that song in which could have made me $1,000 dollars or Even Millions of Dollars Damages were Shown.

PAGE 8

~~[scribbled out text]~~

Willie Frank Wright

(1) Non exclusive license may be irrevocable if Supported by Consideration.

# CONCLUSION

Due to Facts and Law This Case Should be Reversed and Remanded to the trial Court with a New Judge Assigned, because the Judge used a web site to dismiss this Case, Kanye west is a Producer that is true and producer work For people and Contract with people they cannot Manopolize the industry, It is very Strange to me how this Ruling came From W.W.W. Rolling Stone. Com. and the Court here Filed his opinion reflecting the old caption in which incorrectly Identified Defendants in which was corrected long ago so why would he go back to that what is his point?

This 10th Day OF August 2017

# Certificate OF Compliance

This is to certify that this brief Contains less than 14,000 words

This 10th Day OF August 2017

# United States Court of Appeals for the Second Circuit

CAPTION:

__Wright__ v.
__Carter__

**CERTIFICATE OF SERVICE**
Docket Number: 17-1101 CV

I, __Willie__ (name), hereby certify under penalty of perjury that on __8-11-207__ (date), I served a copy of __Appellant Brief by Indigent Postage Mail handed to prison officials 8-11-2017__ (list all documents)

by (select all applicable)*

✓ United States Mail
___ Federal Express
___ Overnight Mail
___ Facsimile
___ E-mail
___ Hand delivery

on the following parties (complete all information and add additional pages as necessary):

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Elanor M Lachman | 34th Floor 41 Madison Ave | New York | Ny | 10010 |
| Britany L. Kaplan | 34th Floor 41 Madison Ave | New York | Ny | 10010 |
| U.S. ~~District Court~~ | | | | |
| 2ND Circuit Court App. | 40 Foley Square | Ny | Ny | 10007 |

__8-11-2017__
Today's Date

_(signature)_
Signature

*If different methods of service have been used on different parties, please indicate on a separate page, the type of service used for each respective party.



Page 11                                                             Rev. 10/11/2011

# MAIL BOX RULE

## Declaration Under Penalty Of Perjury

RECEIVED 17 AUG 15 PM 2:46 U.S. COURT OF APPEALS SECOND CIRCUIT

I obtained Notice of Defective Filing On 8-10-2017 and Complied with the Notice and I am Placing The Brief Compliance in the Indigent Postage Mail On 8-11-2017 around 5:30am Please File as Of 8-11-2017 pursuant to the mail box rule.

This is made under penalty of Perjury This 10th Day Of August 2017

Willie F. Wright Jr